THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Edward Orange, Appellant.
 
 
 

Appeal From Williamsburg County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2004-UP-374
 Submitted April 21, 2004  Filed June 17, 2004

APPEAL DISMISSED

 
 
 
 
 Chief Appellate Defender Daniel T. Stacey, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor C. Kelly Jackson, of Sumter; for Respondent.
 
 
 

PER CURIAM:  Edward Orange pled guilty to armed robbery and 
 possession of a firearm during the commission of a violent crime, and the circuit 
 court sentenced him to fourteen years imprisonment for armed robbery and five 
 years imprisonment for possession of a firearm during the commission of a violent 
 crime, the sentences to run concurrently.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Oranges counsel attached a petition to be relieved.  Orange 
 did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Oranges appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.